THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARIS DRAKE, Appellant.

Submitted October 17, 2005; decided October 20, 2005

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.